IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3056 |
| vs. | ORDER |
| NESTOR GOMEZ-ORTA, | |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss the indictment. Filing 72. Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

IT IS ORDERED:

1. The plaintiff's motion (filing 72) to dismiss the indictment is granted.

2. The indictment is dismissed without prejudice as to the above-named defendant.

3. This case is closed.

Dated this 9th day of December, 2022.

BY THE COURT:

_____
John M. Gerrard
United States District Judge